```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DENNIS CANETE                    : CIVIL ACTION
                                 :
        Plaintiff                :
                                 :
    vs.                          : NO. 15-CV-6152
                                 :
TRANS UNION, LLC, EQUIFAX        :
INFORMATION SERVICES, LLC        :
and EXPERIAN INFORMATION         :
SOLUTIONS, INC.                  :
                                 :
        Defendants               :
```

**<u>ORDER</u>**

AND NOW, this   31st   day of May, 2016, it having been reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER,      J.